```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 09-70010 WJL |
|---|---|
| **LYNN MARIE DALEY,** | Chapter 13 |
| Debtor. | SECOND AMENDED MOTION TO MODIFY CHAPTER 13 PLAN |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing January 2013, debtor shall pay the sum of $344.00 per month until the plan is completed. Any plan payment arrearages shall be forgiven. Unsecured, non-prioirty creditors shall receive zero percent (0%) of their allowed claims effective January 12, 2010.

The modification is sought on the following grounds:
To make the Chapter 13 plan feasible. On March 8, 2010 debtor and San Mateo Credit Union entered into a stipulation that the value of debtor's vehicle would be $13,500.00. Debtor was instructed to increase her plan payments from $275 to $344 per month, which she did. However, the plan was never modified and the extra funds paid into the plan each month were disbursed to unsecured claims.

Debtor requests that the court order that debtor's counsel be made

solely responsible for the enforcement of the Order Modifying Plan and for the collection of any refunds from unsecured creditors that result from the plan modification. These funds shall be payable to the Trustee for disbursement pursuant to the plan as modified. The trustee shall not be held liable for enforcement of the Order Modifying Plan. If debtor's counsel is unsuccessful in collecting the refunds, such that the case will not complete in 60 months, the Debtor will stipulate to dismissal.

Dated: February 14, 2013     /s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor

Page 2 of 2

Case: 09-70010   Doc# 35   Filed: 02/15/13   Entered: 02/15/13 12:49:51   Page 2 of 2