

```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480         The following constitutes the order of the court.
3  Oakland, CA 94612              Signed March 19, 2013
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtor           _____
                                   William J. Lafferty, III
6                                  U.S. Bankruptcy Judge

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  In re:                          Case No. 09-70010 WJL

11  LYNN MARIE DALEY,               Chapter 13

12              Debtor.             ORDER MODIFYING CHAPTER 13 PLAN
    _____/

13

14      The above named debtor having served an Amended Motion to Modify

15  Chapter 13 Plan on February 15, 2013, and any opposition, if received,

16  having been resolved and good cause appearing therefor;

17      IT IS ORDERED that debtor's Chapter 13 Plan be modified as follows:

18      Commencing January 2013, debtor shall pay the sum of $344.00 per

19  month until the plan is completed. Any plan payment arrearages shall be

20  forgiven. Unsecured, non-priority creditors shall receive zero percent

21  (0%) of their allowed claims effective January 12, 2010.

22      IT IS FURTHER ORDERED that debtor's counsel shall be solely

23  responsible for the enforcement of this order and for the collection of

24  all refunds from unsecured creditors necessitated by this plan

25  modification.

26      IT IS FURTHER ORDERED the Chapter 13 trustee shall not be liable in
```

any way or bear any duty or responsibility for the collection of creditor refunds or the enforcement of this order. All refunds from creditors shall be payable to the trustee for disbursement pursuant to the provisions of the plan as modified.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'